# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ITZEL GARCIA-CATALAN,<br><br>    Plaintiff,<br><br>    Vs.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | CIVIL NO. 11-1192(DRD) |

## STIPULATION FOR COMPROMISE SETTLEMENT AND RELEASE OF FEDERAL TORT CLAIMS ACT PURSUANT TO 28 U.S.C. § 2677

It is hereby stipulated by and between the undersigned plaintiff (meaning any person, other than the defendant and the attorneys, signing this agreement, whether or not a party to this civil action), and the United States of America and its U.S. Department of the Army, by and through their respective attorneys, as follows:

1. The parties do hereby agree to settle and compromise each and every claim of any kind, whether known or unknown, arising directly or indirectly from the acts or omissions that gave rise to the above-captioned action under the terms and conditions set forth in this Settlement Agreement.

2. The United States of America and its U.S. Department of the Army agrees to pay the sum of $30,000.00, which sum shall be in full settlement and satisfaction of any and all claims, demands, rights, and causes of action of whatsoever kind and nature, arising from, and by reason of any and all known and unknown, foreseen and unforeseen bodily and personal injuries, damage to property and the consequences thereof, resulting, and to result, from the subject matter of this settlement, including any claims for wrongful death, for which plaintiffs or her guardians, heirs, executors, administrators, or assigners, and each of them, now have or may hereafter acquire against the United States of America, its agents, servants, and employees.

1

3. Plaintiff and her guardians, heirs, executors, administrators or assignors hereby agree to accept the sums set forth in this Stipulation of Compromise Settlement in full settlement, satisfaction, and release of any and all claims, demands, rights, and causes of action of whatsoever kind and nature, including claims for wrongful death, arising from, and by reason of any and all known and unknown, foreseen and unforeseen bodily and personal injuries, damage to property and the consequences thereof which they may have or hereafter acquire against the United States of America, its agents, servants and employees on account of the same subject matter that gave rise to the above-captioned action, including any- future claim or lawsuit of any kind or type whatsoever, whether known or unknown, and whether for compensatory or exemplary damages. Plaintiff and her guardians, heirs, executors, administrators or assignors further agree to reimburse, indemnify and hold harmless the United States of America, its agents, servants, and employees from and against any and all such causes of action, claims, liens, rights, or subrogated or contribution interests incident to or resulting from further litigation or the prosecution of claims by plaintiff or her guardians, heirs, executors, administrators or assignors against any third party or against the United States, including claims for wrongful death.

4. This stipulation for compromise settlement" is not, is in no way intended to be, and should not be construed as, an admission of liability or fault on the part of the United States, its agents, servants, or employees, and it is specifically denied that they are liable to the plaintiff. This settlement is entered into by all parties for the purpose of compromising disputed claims under the Federal Tort Claims Act and avoiding the expenses and risks of further litigation.

5. It is also agreed, by and among the parties, that the respective parties will each bear their own costs, fees, and expenses and that any attorney's fees owed by the plaintiffs will be paid out of the settlement amount and not in addition thereto.

6. It is also understood by and among the parties that pursuant to Title 28, U.S. Code, § 2678, attorney's fees for services rendered in connection with this action shall not exceed twenty-five 25 per centum (25%) of the amount of the compromise settlement.

7. The persons signing this Settlement Agreement warrant and represent that they possess full authority to bind the persons on whose behalf they are signing to the terms of the settlement. In the event any plaintiff is a minor or a legally incompetent adult, the plaintiffs must obtain Court approval of the settlement at their expense. Plaintiff agrees to obtain such approval in a timely manner: time being of the essence. Plaintiff further agrees that the United States may void this settlement at its option in the event such approval is not obtained in a timely manner. In the event plaintiff fails to obtain such Court approval, the entire Stipulation For Compromise Settlement And Release and the compromise settlement are null and void.

8. Payment of the settlement amount will be made by the United States of America and its U.S. Department of the Army by check drawn on the Treasury of the United States for THIRY THOUSAND DOLLARS ($30,000.00) and made payable to plaintiff, Itzel García Catalán and Rubén T. Nigaglioni, plaintiff's attorney.

9. The check will be mailed to plaintiffs' attorney at the following address:

> Rubén T. Nigaglioni, Esq.
> P.O. Box 9023865
> San Juan, PR 00902-3865

Plaintiff's attorney agrees to distribute the settlement proceeds, and to obtain a dismissal of the above-captioned action with prejudice, with each party bearing its own fees, costs, and expenses.

10. The parties agree that this Stipulation for Compromise Settlement and Release, including all the terms and conditions of this compromise settlement and any additional agreements relating thereto, may be made public in their entirety, and the plaintiffs expressly consent to such release and disclosure pursuant to 5 U.S.C. § 552a(b).

11. It is contemplated that this Stipulation may be executed in several counterparts, with a separate signature page for each party. All such counterparts and signature pages, together, shall be deemed to be one document.

Executed this 18th day of November, 2014.

s/ *Ruben T. Nigaglioni*
Rubén T. Nigaglioni, Esq.
U.S.D.C. No. 119901

P.O. Box 9023865
San Juan, PR 00902-3865
Tels. 787-765-9966
Email: **nc@nigaglionilaw.com**

s/ *Itzel Garcia Catalan*
Itzel García Catalán

ROSA EMILIA RODRÍGUEZ VÉLEZ
United States Attorney

s/ *Agnes I. Cordero*
Agnes I. Cordero (126101)
Assistant U.S Attorney
Counsel for Defendant
Torre Chardon Suite 1201
350 Carlos Chardon Street

San Juan, Puerto Rico 00918
Tel.(787) 766-5656/Fax(787)766-6219
Email: **agnes.cordero@usdoj.gov**

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

RESPECTFULLY SUBMITTED in San Juan, Puerto Rico, this November 18th, 2014.

ROSA EMILIA RODRIGUEZ-VELEZ
United States Attorney

s/*Agnes I. Cordero*

Agnes I. Cordero (126101)
Assistant United States Attorney
Counsel for Defendant
Chardón Tower, Suite 1201
350 Chardón Avenue
San Juan, Puerto Rico 00918
Telephone: (787) 766-5656/Fax (787)766-6219
Email: **agnes.cordero@usdoj.gov**